# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29811

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mark Lynn Allen and Dorothy Vinson Allen<br><br>Debtors.<br><br>Residential Credit Solutions, Inc<br><br>Movant,<br>vs.<br><br>Mark Lynn Allen and Dorothy Vinson Allen, Debtors; David M. Reaves, Trustee.<br><br>Respondents. | No. 2:09-bk-30035-CGC<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>315 Emerald Green C<br>College Park, GA 30349 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 8th day of December, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY <u>/s/ MSB # 010167</u>
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Mark Lynn Allen and Dorothy Vinson Allen filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. David M. Reaves was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Fulton County, GA, more particularly described as:

> All that tract or parcel of land lying and being in Land Lot 125 of the 13th District, Fulton County, Georgia, being Lot 53, Block C, Emerald Pointe Subdivision, Phase II, as per plat recorded in Plat Book 165, Pages 140 and 141, Fulton County, Georgia Records, which plat is incorporated herein by reference and make a part of this description.

Debtors executed a Note secured by a Deed of Trust, dated February 5, 2008, recorded in the office of the Fulton County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

Debtors are in default on the obligations to Movant for which the property is security, and payments are due under the Promissory Note from and after December 1, 2008.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtors failure to make payments on a timely basis.

Debtors are currently in default and contractually due for December 1, 2008. The current default amount is set forth below:

| | |
|---|---|
| **13 Monthly Payments at $887.50** | **$11,537.50** |
| **(December 1, 2008 - December 1, 2009)** | |
| **Motion for Relief Filing Fee** | **$150.00** |
| **Attorneys Fees** | **$800.00** |
| **Total** | **$12,487.50** |

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 315 Emerald Green C College Park, GA. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain ownership, possession and control of the Property.

DATED this 8th day of December, 2009.

TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Attorneys for Movant